# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED OCTOBER 29, 2014

## NO. 03-14-00576-CR

**Martin Aleman, Appellant**

**v.**

**The State of Texas, Appellee**

## APPEAL FROM 22ND DISTRICT COURT OF COMAL COUNTY
## BEFORE JUSTICES PURYEAR, PEMBERTON, AND FIELD
## DISMISSED FOR WANT OF JURISDICTION-- OPINION BY JUSTICE PEMBERTON

This is an appeal from the order rendered by the trial court. Having reviewed the record, it appears that the Court lacks jurisdiction over this appeal. Therefore, the Court dismisses the appeal for want of jurisdiction. Because appellant is indigent and unable to pay costs, no adjudication of costs is made.